IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Official Time Stamp
U.S. Bankruptcy Court
Northern District of Ohio
March 3, 2004
(2:57 pm)

| | | |
|---|---|---|
| In Re: | ) | Case No: 03-26174 |
| Mary Kay Szabo | ) | |
| | ) | Judge: Morgenstern-Clarren |
| Debtor(s) | ) | Chapter 7 Proceedings |
| | ) | |
| | ) | **ORDER GRANTING MOTION Of Trustee To Dismiss Chapter 7 Case** |
| | ) | |

At Cleveland, in said District, this _____ day of _____, 2004.

The matter before the Court is the Motion Of Trustee To Dismiss Chapter 7 Case of Debtor Mary Kay Szabo, filed on or about January 22, 2004 and upon the statements of the Trustee that all interested parties were duly served with the Motion and Notice of Hearing and no objections or replies were filed or presented to the Court:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion Of Trustee To Dismiss Chapter 7 Case of Mary Kay Szabo is hereby granted and the subject case is hereby ordered dismissed for Debtor's failure to attend scheduled creditors' meetings and failure of Debtor to cooperate in the administration of the case.

Date:   3/3/04

/s/ Pat E. Morgenstern-Clarren
Judge Morgenstern-Clarren
U. S. Bankruptcy Judge

Submitted By:

_\s\Virgil E. Brown Jr.___
Virgil E. Brown, Jr.(0003675)
Attorney for Trustee
2136 Noble Road

Cleveland, Ohio 44112
(216) 851-3304
(216)851-2900 Fax
vbrown@epitrustee.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Order was mailed to the following by regular, U. S. Mail postage prepaid, this _____ day of _____, 2004

Virgil Brown
Electronic Service

U. S. Trustee
Electronic Service

Patrick E. Gammons, Esq.
1610 Cooper Foster Park Road
Vermillion , Ohio 44089

Mary Kay Szabo
314 E River Street
Elyria, Ohio 44035

_____
By Clerk